# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 1:20cv10208-FDS

Evgeniy Dolzhenkov,
**Plaintiff**

v.

Thomas Hodgson
**Defendant**

## Order of Dismissal

Saylor, D.J.

In accordance with the Order [7] dated 2/06/2020 it is hereby ORDERED that the above-entitled action is DISMISSED.

By the Court,

/s/ Taylor Halley
Deputy Clerk

2/6/2020